1  DIANA L. WEISS (SBN 121150)
   Law Office of Diana L. Weiss
2  1563 Solano Avenue Suite 223
   Berkeley, CA 94707
3  dianaweiss@sbcglobal.net
   T: (510) 847-1012
4  F: (510) 525-1321

5  Attorney for Defendant:
   JENWEIN DENG
6

E-Filing

7              IN THE UNITED STATES DISTRICT COURT

8           IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

9

10  UNITED STATES OF AMERICA,        )   No. CR05-0098 JL
                                     )
11         Plaintiff,                )
                                     )   (PROPOSED) ORDER TO REMAND
12         vs.                       )   DEFENDANT ON JUNE 22, 2005
                                     )
13  JENWEIN DENG                     )
                                     )
14                                   )
           Defendants.                )
15  _____  )

16
        WHEREFORE, GOOD CAUSE APPEARING, IT IS HEREBY ORDERED THAT
17
    JenWein DENG be remanded to the custody of the United States Marshall for a period of 75 days.
18
        IT IS FURTHER ORDERED THAT JenWein DENG shall be released from custody on
19
    September 3, 2005.
20
        IT IS FURTHER ORDERED THAT the U.S. Marshall house JenWein DENG at the Federal
21
    Detention Center in Dublin, CA.
22
        SO ORDERED:
23
    Dated:  6 - 21 - 05
24
                                         MAGISTRATE JAMES LARSON
                                         United States District Court Magistrate
25                                       Northen District of California

26

27

28  (PROPOSED) ORDER
    CR05-0098 JL