IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JIANWEN DENG<br><br>Defendants. | No. CR05-0098 JL<br><br>(~~PROPOSED~~) ORDER AUTHORIZING TRAVEL OUT OF THE COUNTRY |

WHEREFORE GOOD CAUSE APPEARING, IT IS HEREBY ORDERED THAT the probationary condition imposed on JIAN WEN DENG restricting travel to the Northern District of California is modified to authorize Mr. Deng to travel to Houping, China on December 15, 2005 and return to the Northern District on January 15, 2006.

IT IS FURTHER ORDERED THAT Mr. Deng provide all travel documents and itinerary to the U.S. Probation Department prior to travel.

SO ORDERED.  11-18-05

_____
Honorable James Larson
U.S. District Court Magistrate Judge

(Proposed) ORDER
*USA vs. Jian Wen Deng* CR05-0098 JL